AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Vincent Anthony Principe | ) | |
| | ) | 2:25-mj-1335-TRR |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 2015 through June 2017___ in the county of ___DeSoto___ in the ___Middle___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(c) | Engaging in illicit sexual conduct in foreign places |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*/s/ Ashlee Warren*
_____
*Complainant's signature*

Ashlee Warren, Special Agent, USSS
_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:    ___12/08/2025___

_____
*Judge's signature*

City and state:    ___Fort Myers, Florida___

TIMOTHY R. RICE, U.S. MAGISTRATE JUDGE
_____
*Printed name and title*

**UNDER SEAL**

**AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT**

I, Ashlee Warren, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION**

1.      I am a Special Agent with the United States Secret Service ("USSS") and have been employed since January 2021. I am currently assigned to the United States Secret Service Global Investigative Operations Center and Northern Virginia – Washington, D.C. (NOVA) Internet Crimes Against Children (ICAC) task force. I have more than 1,240 hours of official law enforcement related training recorded with the United States Department of Homeland Security. I have also attended training in the proper identification, preservation, collection and investigation of digital devices and storage media, and the USSS certifies me as such.  I have investigated numerous individuals for a wide variety of federal felony offenses, including child exploitation, computer fraud, and money laundering.

2.      Along with other agents and investigators, I am currently involved in an investigation of child exploitation offenses committed by **Vincent Anthony PRINCIPE** (hereinafter referred to as "**PRINCIPE**"). Based on the investigation conducted to-date, there is probable cause to believe that **PRINCIPE** violated 18 U.S.C. § 2423(c) (Engaging in illicit sexual conduct in foreign places) between on or about March 2015 and continuing through on or about June of 2017. I submit this Affidavit in support of a criminal complaint charging him with this offense.

3.      There is probable cause to believe that the offense conduct described below took place in the Philippines. Under 18 U.S.C. § 3238, venue for offenses committed outside the jurisdiction of any particular State or district shall be in the district in which the offender is

1

arrested or first brought; but if such offender is not so arrested or brought into any district, an indictment or information may be filed in the district of the last known residence of the offender. As further set forth below, **PRINCIPE** is living in the Middle District of Florida, and USSS anticipates that he will be arrested and first brought in this district.  Additionally, there is no statute of limitations for crimes against children, including crimes under 18 U.S.C. § 2423(c).

4.      As part of the investigation, I have received information from multiple sources, including information obtained from my review of documentation and reports provided by other agents, officers, and investigators involved in the investigation, as well as information I have learned from discussions with those other agents, officers, and investigators. This Affidavit does not contain every fact discovered during the investigation, but only those deemed necessary to demonstrate sufficient probable cause that **PRINCIPE** committed the offense alleged in the complaint.

<u>**BACKGROUND TO THE INVESTIGATION**</u>

5.      In August 2024, USSS investigators received a referral from a foreign law enforcement partner about an individual utilizing a particular moniker online, which will be referred to here as "USERNAME-1."[1] This foreign law enforcement partner has a history of providing reliable and accurate information to law enforcement in the United States, and the USSS has consistently engaged with them for many years. The foreign law enforcement partner told USSS that an individual utilizing the moniker USERNAME-1 had produced images and videos of child pornography—also known as "child sexual abuse material"—that

---

[1] The actual username referred to here as USERNAME-1, and other details about the investigation, are known to law enforcement but anonymized in this complaint affidavit to protect operational security and to prevent compromising investigations into as-yet-unidentified targets.

law enforcement had discovered circulating on the "dark web."  The "dark web" refers to a part of the internet that is not indexed by traditional search engines and requires specific software or configurations to access.  This includes the Tor network, which is a computer network designed to facilitate anonymous communication over the Internet. The Tor network does this by routing a user's communications through a globally distributed network of relay computers, or proxies, rendering conventional IP address-based methods of identifying users ineffective.  The Tor network is most commonly accessed using specialized software called the Tor browser.

6.      In the referral, the foreign law enforcement partner explained that USERNAME-1 was first noticed during an investigation into a different, now-arrested sex offender who utilized the moniker "USERNAME-2" on a dark web site dedicated to child sexual abuse material, referred to here as "WEBSITE-A." As detailed below, USERNAME-1 and USERNAME-2 sent several private messages to one another on WEBSITE-A. A review of these messages led foreign law enforcement to believe that the individual behind USERNAME-1 was an American citizen residing in the Philippines.

7.      In 2017, USERNAME-1 posted child sexual abuse material images and videos to WEBSITE-A. Agents of the USSS obtained copies of the server hosting WEBSITE-A, which was seized pursuant to legal process in a foreign country. This seized data included child sexual abuse material shared by USERNAME-1, and private messages between USERNAME-1 and additional users of WEBSITE-A. In private messages on WEBSITE-A, USERNAME-1 stated to USERNAME-2 that he had sexually abused minors in the Philippines for several years, including a minor as young as 8 years old. In public and/or

3

private messages on WEBSITE-A, USERNAME-1 claimed that he produced the following videos and images below in the Philippines:

a.  USERNAME-1 shared one video file and multiple images over WEBSITE-A in June 2017, and these files were viewed by USSS investigators. The video file depicts an adult man and what appears to be a prepubescent female, approximately 7-9 years old ("Victim 1"). The video depicts Victim 1 in various stages of undress and positions, and at times in the video, Victim 1 manually stimulates the man's naked, erect penis until he ejaculates. The images likewise show a prepubescent female whose face is not visible. These images depict an adult man appearing to spread the girl's genitals and buttocks with his fingers and pressing his penis against the girl's genitals. The images also depict what appears to be ejaculate on Victim 1's stomach. Based on appearance and body characteristics, the adult man in the video and photos appears to be the same.

b.  USERNAME-1 shared additional images and videos over WEBSITE-A in June of 2017. These files were viewed by USSS investigators. USERNAME-1 stated in a post on WEBSITE-A that the minor in the images and videos was a 14-year-old female ("Victim 2"). The files included twenty-one images of Victim 2 in various stages of undress and posing for a camera. As the image series progresses, the minor removes her clothes and is posing on a bed with only underwear on and her legs open. Her barely covered vagina becomes the focal point of the image. Victim 2 appears to be a juvenile with little breast development.

4

c.  USERNAME-1 shared additional files over WEBSITE-A in April of 2017. These files were viewed by USSS investigators.  They depicted two additional minor victims, "Victim 3" and "Victim 4." USERNAME-1 titled the post that included the image files "[Victim 3's name] (16) and [Victim 4's name] (15) – Filipinas." Within the file there were thirteen images of Victim 3, who appears to be a juvenile female with minimal breast development and a small amount of pubic hair. One image depicts Victim 3 on a bed fully nude with her hands behind her back. In the same photo Victim 3 has her legs open with her vagina as the focal point of the imagery. Another image depicts Victim 3 in a bathroom shaving her pubic hair with a men's razor and a bottle of men's shaving cream visible in the background. One of the last pictures in the series depicts Victim 3 on a bed with her legs spread and her hands spreading open her vagina, so it is the focal point of the image. USERNAME-1 also posted three images of Victim 4, who appears to be a juvenile female with minimal breast development and minimal pubic hair. The images depict Victim 4 fully nude lying on a bed. In the last image Victim 4's face is not visible, and her legs are open with her vagina as the focal point of the image. USERNAME-1 describes the files as "Teen Pinay friends [Victim 3] and [Victim 4]. [Victim 3] is 16 and [Victim 4] is 15. They like having all kinds of fun."

d.  USERNAME-1 shared an additional video file over WEBSITE-A in April of 2017. In this video, an adult man with an erect penis is visible and receives oral sex from what appears to be Victim 3 based off the matching characteristics earlier described. The video concludes with the adult male ejaculating on the

5

minor female's face. Additionally, there is a door in the background of the video with what appears to be a pink floral pattern. Based on appearance and body characteristics, the adult male in this video and all the videos and photos described above appears to be the same.

8.     Using open-source methods of investigation, the foreign law enforcement partner that issued the original referral identified social media profiles belonging to Victim 3 and Victim 4. The social media profiles for both victims had photos and identifying information revealing they resided in the Philippines at the same time the child sexual abuse described in the beginning of this section was posted by USERNAME-1 on WEBSITE-A.

9.     In an effort to identify the individual behind USERNAME-1 and additional victims, the USSS conducted an extensive review of USERNAME-1's profile and postings on WEBSITE-A and other dark web sites dedicated to the sexual exploitation of children. According to USSS review of that information, USERNAME-1 provided several pieces of identifying information. For example, USSS reviewed messages on another dark web site dedicated to the sexual exploitation of children, hereafter referred to as "WEBSITE-B." A copy of WEBSITE-B was seized by the same foreign law enforcement partner pursuant to legal process. One individual on WEBSITE-B inquired if a user who utilized a particular username, "USERNAME-3," was the same person as the user who utilized USERNAME-1. Several months later USERNAME-3 replied to this message and confirmed he was the same person as USERNAME-1.

10.     Upon conducting open-source research, the USSS discovered an individual on a website dedicated to adult pornography with the same online moniker as USERNAME-3. USERNAME-3 is a unique username, and it would be uncommon for two different

individuals to utilize USERNAME-3.  The website is a pornographic website that features a wide variety of adult videos, including user-generated content. The individual uploaded many of what appears to be self-produced media files based off the angle and focal point of the camera capturing the media. The media depicts an adult man engaged in sexual activity with what appears to be different adult females. Based on the adult male's appearance and body characteristics—particularly the shape of his penis and the unique dermatological markings on the shaft of his penis—the adult man in this video appears to be the same man depicted in the videos described in paragraph 7. Additionally, USERNAME-3 uploaded a video to the adult pornography website with a title that included the word " Filipina."  This video depicts the same adult male, with the same male body characteristics, and an adult female performing oral sex on the male. In the background of the video there is the same pink floral door that is present in the video with the adult male and Victim 3 earlier described. Because the doors were identical in the child sexual abuse material posted by USERNAME-1 and the adult pornographic media uploaded by USERNAME-3 and because the male in all of the media exhibited the same distinct body characteristics, I concluded that both the child sexual abuse material and the adult media was created in the same room by the same adult male. The adult pornography website, based outside the United States, voluntarily provided basic subscriber information for USERNAME-3. The subscriber information indicated USERNAME-3 was registered with the email address maliit.butas@protonmail.com.

11.     In or about August 2024, the Department of Justice's Child Exploitation and Obscenity Section (CEOS) sent legal process to Google for any accounts associated with the email     maliit.butas@protonmail.com.     Google     responded,     indicating     that maliit.butas@protonmail.com was registered to a specific YouTube account. The identified

7

YouTube account displayed a profile picture of John Mark Carr, the individual who falsely claimed to be responsible for the rape and murder of JonBenet Ramsey. The Google report indicates that the account was registered to a person named Anthony Price, location information geolocated to the Philippines, and the profile indicated a date of birth of January 1, 1969. Investigators could not ascertain the user's true identify from this information.

12. During a joint investigation operation with Homeland Security Investigations (HSI) in November 2025, USSS requested legal process be sent to Google for any new accounts associated to the email maliit.butas@protonmail.com. Google provided records that specified Android ID, 4011172417476369981, was used to access both maliit.butas@protonmail.com and vin.principe01@gmail.com. An Android ID is a unique identifier that is generated when an Android device is first set up for applications to identify the device. In this case, the same Android device, assigned Android ID, 4011172417476369981, was utilized to access both the Protonmail account maliit.butas@protonmail.com and the Google account vin.principe01@gmail.com. I know based on my training and experience that although offenders who engage in child sexual exploitation online are frequently careful to keep their illicit accounts hidden and separate from their clean accounts, they often login to illicit and clean accounts from the same device.

13. Later in or about November 2025, CEOS sent subsequent legal process to Google for basic subscriber information associated with the account vin.principe01@gmail.com. Google provided responsive records with identifying information. Basic subscriber information for vin.principe01@gmail revealed the name "Vin Principe" as the owner of the account. The Google records further revealed in the Google Pay Change History Records that the owner of the account changed their address on October 6,

2025, from the Philippines to Port Charlotte, FL 33948. A search of law enforcement databases located records for only one possible matching individual, VINCENT ANTHONY **PRINCIPE**, born November 21, 1970.

14.    Review of multiple pieces of information from USERNAME-1 provides links between USERNAME-1 and **PRINCIPE's** life and activities. For example, USERNAME-1 stated in private messages on WEBSITE-A that he resided in a specific municipality of the Philippines for a few years in April of 2017. In July of 2017, USERNAME-1 also stated that he had resided in the Philippines for two and a half years to sexually abuse minor females. Legal process revealed that **PRINCIPE** has a Philippine phone number, which in my training and experience strongly suggests that he has resided in the Philippines. Open-source research also revealed that **PRINCIPE** had a minor child with a Philippine native in 2017 and owns a business based in the Philippines. As outlined below, **PRINCIPE** first arrived in the Philippines in 2015.

15.    Utilizing open-source research, USSS investigators identified a public Google Review associated with the vin.principe01@gmail.com Google account. The review was observed on November 21, 2025, and stated that "2 weeks ago" the Google account user reviewed a Social Security Administration office in Port Charlotte, FL. The photo for this Google Profile is the same John Mark Carr photo from other identified profiles associated with this user. Additionally, in private messages between USERNAME-1 and USERNAME-2 on WEBSITE-A while discussing the cost to spend a week with a minor and engage in illicit activities, USERNAME-1 stated that his only income was Social Security. Checks with the Social Security Administration revealed that **PRINCIPE** receives social security.

9

16.     The Department of Homeland Security maintains comprehensive records related to inbound and outbound travel crossing the borders of the United States. This includes the port of entry and exit, as well as the embarkation port, where a carrier begins the journey, and the debarkation port, where a carrier ends the journey. A review of VINCENT ANTHONY PRINCIPE's travel history in Department of Homeland Security records revealed the following:

    a. March 5, 2015: outbound travel with debarkation in Manilla, Philippines:

        a. Fort Myers, FL (RSW) to Chicago, IL (ORD)

        b. Chicago, IL (ORD) to Abu Dhabi, UAE (AUH)

        c. Abu Dhabi, UAE (AUH) to Manila, Philippines (MNL)

    b. July 3, 2018, inbound travel to the United States:

        a. Osaka, Japan (KIX) to Honolulu, HI (HNL)

    c. November 17, 2018: outbound travel with debarkation in Manilla, Philippines:

        a. Honolulu, HI (HNL) to Manila, Philippines (MNL)

    d. November 6, 2021: inbound travel to the United States:

        a. Angeles City, Philippines (CRK) to Dubai, UAE (DXB)

        b. Dubai, UAE (DXB) to New York, NY (JFK)

        c. New York, NY (JFK) to Atlanta, GA (ATL)

    e. May 3, 2023: outbound travel with debarkation in Manilla, Philippines:

        a. Los Angeles, CA (LAX) to Manila, Philippines (MNL)

    f. November 3, 2025: inbound travel to the United States:

        a. Manila, Philippines (MNL) to Seoul, South Korea (ICN)

        b. Seoul, South Korea (ICN) to Atlanta, GA (ATL)

17.     Open-source research identified a social media website that, based on the name and content, was designed for individuals interested in adult entertainment in the Philippines. A specific user on this website utilized a username, hereinafter referred to as USERNAME-4, was very similar to an email address that USERNAME-1 published on WEBSITE-A. Additionally, the profile picture was the same John Mark Carr photo from other identified profiles associated with this user. A review of the public posts by USERNAME-4 revealed that in October of 2017, he stated, "Burgos dead during the daytime, huh? Funny, when I lived in a condo for several months on Durban St. between Makati Ave. and Burgos that just about every time I stepped out of the door- at any time of day- I was accosted by either a 'massage' girl, street vendor, beggar, or any combination of the three." Open-source research revealed that Durban Street runs through the Poblacion neighborhood of Makati, Philippines, and serves as a key connecting road between Makati Avenue and P. Burgos Street. USERNAME-4 joined the website in 2017 and was last active on the social media website in 2021. His profile stated that he was a "50 year-old Yank . . . been here since early 2015. I was in the Metro Manila area but got fed up with the pollution and traffic of the big city. Renting a house here in Angeles since early 2017. I have a gf but she knows and accepts that I like to play around if/when possible." Review of information associated with **PRINCIPE** is consistent with what USERNAME-4 posted above. **PRINCIPE** is a 55-year-old man, would have turned 50 in 2020, was originally from Rhode Island, and first traveled to the Philippines in 2015. Additional investigation into PRINCIPE revealed the following. According to Department of Homeland Security records, PRINCIPE is a United States citizen.

11

**Law Enforcement's Location of PRINCIPE**

18.    A review of Department of Homeland Security Records revealed an inbound commercial airline flight described in paragraph 17 section f from the Philippines to Atlanta, GA on November 3, 2025, that manifested **PRINCIPE** on the flight. Law Enforcement databases revealed the mother of **PRINCIPE** as residing in Dunwoody, GA. On November 5, 2025, open-source research revealed a social media post from a relative of PRINCIPE that stated, "Vinny & Mom are Fla bound." Additionally, as described in paragraph 15, Google account, vin.principe01@gmail.com, known to be registered to **PRINCIPE** reviewed Social Security Administration office in Port Charlotte, FL. On November 24, 2025, USSS contacted the Social Security Administration to obtain identifying information for PRINCIPE. On November 26, 2025, USSS received records from the Social Security Administration that revealed on November 7, 2025, **PRINCIPE** updated his address to 4610 Bragdon Ave., Arcadia, FL 34266.

19.    On November 25, 2025, United States Postal Inspection Service informed the USSS that on 11/7/2025, **PRINCIPE** filed an individual change of address to 4610 SW Bragdon Ave., Arcadia, FL 34266.

20.    Open-source research of 4610 SW Bragdon Ave., Arcadia, FL 34266 revealed that the address does not exist. However, as set forth below, I believe 4610 SW Bragdon Ave., Arcadia, FL 34266 could be an axillary dwelling unit on 4628 SW Bragdon Ave Arcadia, FL 34266-7934.

21.    Google records for Google Account, vin.principe01@gmail.com, received November 21, 2025, revealing the following IP Address from login attempts: 2601:704:4080:2110:fd0c:ec02:aabf:372e on 11-06-2025 06:28:31 UTC.

22.    On November 21, 2025, in joint operation with HSI, USSS requested legal process to be sent to Comcast Cable Communications requesting the basic subscriber information for the above listed IP addresses. On the same day, Comcast provided records that revealed the subscriber associated with the above listed IP addresses as Buford Brown, with a service address of 4628 SW Bragdon Ave., Arcadia, FL 342667934.

23.    On November 25, 2025, CEOS sent additional legal process to Google for Google Account vin.principe01@gmail.com. Google records were received on November 26, 2025, which revealed the following IP Addresses from login attempts:

   a. 2601:704:4080:2110:5857:f755:8d71:b62c Port 54184 assigned on 11-07-2025 at 12:05:32 UTC
   b. 2601:704:4080:2110:55c4:48f:c607:e4ef Port 57686 assigned on 11-20-2025 at 12:19:17 UTC
   c. 2601:704:4080:2110:55c4:48f:c607:e4ef Port 57686 assigned on 11-20-2025 at 12:22:20 UTC

24.    On November 26, 2025, CEOS sent legal process to Comcast Cable Communications requesting the basic subscriber information for the above listed IP addresses. On the same day, Comcast provided records that revealed the subscriber associated with the above listed IP addresses as Buford Brown, with a service address of 4628 SW Bragdon Ave., Arcadia, FL 34266.

25.    Open-source research revealed 4628 SW Bragdon Ave., Arcadia, FL 34266 was located in DeSoto County. A DeSoto County Property Appraiser, Real Property Search, revealed Lucille Bell Brown and Buford Lorenza Brown as the property owners for 4628 SW Bragdon Ave., Arcadia, FL 34266. Further law enforcement database searches for 4610 SW Bragdon Ave., Arcadia, FL 34266 revealed Teresa JEBB, born November 9, 1966, with this address listed on her driver's license. A follow up DeSoto County Property Appraiser, Real Property Search, was conducted for 4610 SW Bragdon Ave., Acadia, FL 34266 yielding

13

negative results. Open-source research revealed a Teresa JEBB as a listed "friend" with **PRINCIPE's** mother and additional social media research established a familial social connection between JEBB and **PRINCIPE**.

26. Between the periods of November 29, 2025, and December 4, 2025, USSS conducted surveillance at 4628 SW Bragdon Ave., Arcadia, FL 34266 in an attempt to locate **PRINCIPE**. During the surveillance it was observed that 4610 SW Bragdon Ave., Arcadia, FL 34266 did not have an associated residential structure assigned to the address. The only associated residential structure was a house associated to 4628 SW Bragdon Ave., Arcadia, FL 34266.

27. On December 4, 2025, USSS met with DeSoto County Sheriff's Office (DCSO) deputies and discussed the issues concerning "4610" having no associated residential structure. DCSO deputies advised that it is not uncommon in DeSoto County, FL for individuals to set a trailer or camper on a parcel of land or in a backyard and affix numbers to it and the resident(s) claim this as an address which is later used for mail and state identification cards.

28. During the surveillance period, USSS identified multiple structures, or conveyances, on the property of 4628 SW Bragdon Ave., Arcadia, FL 34266. These included a shed, and two campers/trailers, which appeared to be stationary and not affixed to any vehicle for towing. The camper closest to the residence was observed with doors closed and doors opened during various points of surveillance, however, no one was seen opening or closing the doors to the camper. None of the structures/conveyances had any numbers affixed to them, indicating a secondary address at this location.

14

29.     Additionally, USSS observed multiple mailboxes in front of the residence at 4628 SW Bragdon Ave., Arcadia, FL 34266.  The mailboxes had different numbers affixed to each of them, including "4628" and "4610."

30.     As recently as the morning of December 4, 2025, USSS observed a gray pickup truck displaying the word 'EDGE' on the rear right side of the truck in the driveway of 4628 SW Bragdon Ave., Arcadia, FL 34266.

31.     On December 3, 2025, USSS sent legal process to Walmart in attempts to locate **PRINCIPE** in Arcadia, FL. On the same day Walmart provided surveillance footage of what appears to be **PRINCIPE**, based on a match to known images of him, at a Walmart Supercenter located at 2725 SE Hwy 70, Arcadia, Florida 34266 on December 1, 2025, around 2:50pm. **PRINCIPE** departed the Walmart Supercenter on the same day around 2:56pm and entered the passenger side of a gray pickup truck displaying the word 'EDGE' on the rear right side of the truck. This appears to be the same vehicle that was observed in in the driveway at 4628 SW Bragdon Ave., Arcadia, FL 34266 on December 4, 2025.

32.     In summary, IP addresses that belong to **PRINCIPE's** email address, vin.principe01@gmail.com, geolocated back to 4628 SW Bragdon Ave., Arcadia, FL 34266. **PRINCIPE** has listed the address 4610 SW Bragdon Ave., Arcadia, FL 34266 with the SSA and the United States Postal Service. However, 4610 SW Bragdon Ave., Arcadia, FL 34266 does not formally exist and appears to be located on the property of 4628 SW Bragdon Ave., Arcadia, FL 34266.

## **CONCLUSION**

33.     Based on the information stated above, your Affiant respectfully submits that there is probable cause to believe that Vincent Anthony **PRINCIPE** committed a violation of

18 U.S.C. § 2423(c) (Engaging in illicit sexual conduct in foreign places) on or about March

2015 and continuing through on or about June of 2017.

/s/ Ashlee Warren

Ashlee Warren
Special Agent
United States Secret Service

Affidavit submitted by email and attested to me
as true and accurate by phone consistent with
Fed. R. Crim. P 4.1 and 41(d)(3) before me
on this _8th_ day of December 2025.

TIMOTHY R. RICE
United States Magistrate Judge

16