UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 2:26-cr-11-KCD-KRH

VINCENT ANTHONY PRINCIPE

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves for a Preliminary Order of Forfeiture for the following assets:

      a.    a Samsung SM-S711B (IMEI 1: 350011601484911 and IMEI 2: 357971181484917);

      b.    a Dell laptop (Model: E5570 and Serial Number: D91K2K2);

      c.    a Seagate hard drive, serial number NABPFP54; and

      d.    an Apricot external hard drive (1 TB).

Being fully advised of the relevant facts, the Court finds that the assets identified above were used in the commission of the offense charged in Count One of the Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the asset identified above is **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

**ORDERED** in Fort Myers, Florida, on May 11, 2026.

Kyle C. Dudek
United States District Judge