UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:26-cr-11-KCD-KRH

VINCENT ANTHONY PRINCIPE

## FINAL ORDER OF FORFEITURE

The United States moves for a final order of forfeiture for the following assets,
which were subject to a May 1, 2026 preliminary order of forfeiture. Doc. 69.

    a.    a Samsung SM-S711B (IMEI 1: 350011601484911 and IMEI 2: 357971181484917);

    b.    a Dell laptop (Model: E5570 and Serial Number: D91K2K2);

    c.    a Seagate hard drive, serial number NABPFP54; and

    d.    an Apricot external hard drive (1 TB).

In accordance with the provisions of 21 U.S.C. § 853(n), the United States
published notice of the forfeiture, and of the intent to dispose of the assets on the
official government website, www.forfeiture.gov, from May 12, 2026 through June
10, 2026. Doc. 71. The publication gave notice to all third parties with a legal interest
in the assets to file with the Office of the Clerk, United States District Court, 2110
First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their
interest within 60 days of the first date of publication. No one has filed a petition or
claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in and to the assets is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets now vests in the United States of America.

**ORDERED** in Fort Myers, Florida, on July 15, 2026.

Kyle C. Dudek
United States District Judge